951 A.2d 255

**Eleanor ABRAMS, Executrix of the Estate of Kenneth Abrams, Petitioner**

**v.**

**PNEUMO ABEX CORP., et al., Respondents.**

**Marilyn Shaw, Executrix of the Estate of John Shaw, Petitioner**

**v.**

**A.W. Chesterton, Inc., et al., Respondents.**

Supreme Court of Pennsylvania.

June 10, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED** as to the following issue, which has been rephrased for clarity:

(1) Does prior recovery of damages for increased risk and fear of developing cancer due to asbestos exposure, awarded under the one-disease rule, preclude a plaintiff from recovering damages for cancer that developed and was diagnosed after the separate disease rule was adopted in *Marinari v.*

*Asbestos Corporation, Ltd.,* 417 Pa.Super. 440, 612 A.2d 1021 (1992) (*en banc*)?